# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2961

_____

United States of America

*Plaintiff - Appellee*

v.

Abiodun Oluwaseye Oladele

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: June 11, 2018
Filed: July 9, 2018
[Unpublished]

_____

Before WOLLMAN, KELLY, and STRAS, Circuit Judges.

_____

PER CURIAM.

Abiodun Oluwaseye Oladele pleaded guilty to one count of bank fraud and received a sentence of 50 months in prison. Oladele challenges his sentence, arguing

that the district court[1] committed procedural error and that his sentence is substantively unreasonable. After a careful review of the record, we reject both arguments, particularly given that the court imposed a below-Guidelines-range sentence. *See United States v. Chavarria-Ortiz*, 828 F.3d 668, 671–72 (8th Cir. 2016) (approving of a similar explanation for a within-Guidelines-range sentence); *United States v. Lazarski*, 560 F.3d 731, 733 (8th Cir. 2009) ("[I]t is nearly inconceivable that the court abused its discretion in [sentencing below the Guidelines and] not varying downward still further."). Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.